# First District Court of Appeal
# State of Florida

_____

No. 1D17-2637
_____

Don Ricardo Byrd II,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

September 6, 2018

Per Curiam.

Affirmed.

B.L. Thomas, C.J., and Wetherell and Winsor, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Greg Caracci, Assistant Public Defender, Tallahassee; Don Ricardo Byrd II, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.